# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
THE PREMISES KNOWN AS 115 ROLLING HILL RD. ) Case No. 20-mj- 115-AJ
HAMPSTEAD, NH, DESCRIBED FULLY IN ATTACHMENT A, )
INCLUDING OUTBUILDINGS, GARAGES, AND VEHICLES )
LOCATED THEREON, AND THE PERSON OF JOSEPH D. WOLFE )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of __New Hampshire__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC §2252(a)(4)(B) | Illegal Possession of Child Pornography |
| 18 USC §2252A(a)(2) | Illegal Distribution of Child Pornography |

The application is based on these facts:
See the Attached Affidavit of Tarah Rankin, SA, FBI

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Tarah Rankin
*Applicant's signature*

Tarah Rankin, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone. *(specify reliable electronic means)*

Date: **Jun 9, 2020**

*Judge's signature*

City and state: Concord, New Hampshire    Andrea K. Johnstone, United States Magistrate Judge
*Printed name and title*